B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

*U.S. BANKRUPTCY COURT*
*2019 JAN 29*

District of Massachusetts

In re  Armando J. Gabrielli                              ,           Case No.  17-13138

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Chalet Series III Trust | Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Phone:  800-603-0836
Last Four Digits of Acct #:    8645

Court Claim # (if known):   5-1
Amount of Claim:   $22,412.18
Date Claim Filed:   01/02/2018

Phone:  877-735-3637
Last Four Digits of Acct. #:   0297

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_____                           Date:  01/22/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



*Corporate Office*
11351 Pearl Rd., Suite 300
Strongsville, OH 44136
(440) 572-1511

*Southern Ohio Office*
394 Wards Corner Rd., Suite 180
Loveland, OH 45140
(513) 444-4100

*Illinois Office*
1415 West 22nd Street, Tower Floor
Oak Brook, IL 60523
(312) 883-2810

D. Anthony Sottile [1,2,3]
Franco M. Barile [1,4]
Jon Lieberman [1,2,4]
Michael J. Lubes [1]
David W. Cliffe [1,2,4]
Molly Simons [1,2]
Karl V. Meyer [5]
Michelle D. Heinz [1]

(1)-Ohio, (2)-Kentucky, (3)-Indiana,
(4)-Michigan, (5)-Illinois

www.sottileandbarile.com

January 21, 2019

United States Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

To whom it may concern:

Please see the enclosed executed Transfer of Claim is being sent to your office for filing in bankruptcy case 17-13138.

Please send a file-stamped copy to me by using the enclosed SASE.

Should there be any questions, please don't hesitate to contact me at 513-444-4100. Thank you for your time.

Sincerely yours,

*Betsy A. Nesbella*
Betsy A. Nesbella, Paralegal

Enc.

